**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1231**

DAVID L. JUDSON,

Plaintiff - Appellant,

v.

BOARD OF SUPERVISORS OF MATHEWS COUNTY, VIRGINIA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Mark S. Davis, Chief District Judge. (4:18-cv-00121-MSD-LRL)

Submitted: September 29, 2020                    Decided: November 3, 2020

Before DIAZ, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger S. Martin, Urbanna, Virginia, for Appellant. L. Lee Byrd, Andrew R. McRoberts, Christopher M. Mackenzie, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David L. Judson appeals the district court's opinion and order granting the Appellee's motion to dismiss and dismissing his amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Judson v. Bd. of Supervisors of Mathews Cty., Va.*, No. 4:18-cv-00121-MSD-LRL (E.D. Va. Jan. 28, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*